1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant for the Federal Defender
3  MICHAEL HEUMANN
   KATIE REED
4  Certified Law Students
   801 I Street, 3rd Floor
5  Sacramento, CA  95814
   Tel: 916-498-5700   Fax: 916-498-5710
6
   Attorneys for Defendant
7  RJ BUENO TOLENTINO

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      ) Case No. 2:13-mj-349-AC
                                  )
12      Plaintiff,                ) STIPULATION AND ORDER TO
                                  ) CONTINUE TRIAL TO APRIL 10, 2014,
13      v.                        ) AT 9:00 A.M.
                                  )
14 RJ BUENO TOLENTINO,            ) Date:   April 10, 2014
                                  ) Time:   9:00 a.m.
15      Defendant.                ) Judge:  Honorable Allison Claire
                                  )
16                                )

17      The parties stipulate, through respective counsel, that the Court should continue

18 the trial set for February 6, at 9:00 a.m., to April 10, 2014, at 9:00 a.m. This case

19 concerns a charge of driving without a valid license. The negotiations between defense

20 counsel and the government recommend that the defendant obtain a valid driver's license

21 in this matter before it is resolved. While the defendant is in the process of obtaining the

22 license, he will not have it by the date of February 6, 2014 and therefore, we request

23 additional time.

24      The government, counsel and the defendant also agree that the ends of justice

25 served by the Court granting this continuance outweigh the best interests of the public

26 and the defendant in a speedy trial.

27

28

DATED: January 30, 2014						Respectfully Submitted,

							HEATHER E. WILLIAMS
							Federal Defender

							/s/ Linda Harter_____
							LINDA HARTER
							Chief Assistant to the Federal Defender
							Attorneys for Justin Palmer

## **O R D E R**

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

    The Court orders the trial rescheduled for April 10, 2014, at 9:00 a.m.

DATED: January 30, 2014

							_____
							ALLISON CLAIRE
							UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue				-2-					13-349 AC