UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED

MAY 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

RJ Bueno Tolentino

CASE/CITATION NO. 2:13MJ-00349-AC

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY     STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 05/19/2014        _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 300.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 310.00, within 6 days/months; or payments of $ _____ per month, commencing 6/30/14 and due on the 30th of each month until paid in full. by 1/30/2015
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU          CLERK, USDC                    (CLERK, USDC
PO BOX 70939                       2500 TULARE ST., RM. 1501       501 I STREET, STE. 4-200
CHARLOTTE, NC 28272-0939           FRESNO, CA 93721-1322           SACRAMENTO, CA 95814-2322)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 5/19/2014        _____
                          U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                              EDCA-3